UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Konni Fleming,

    Plaintiff,                       Case No. 2:12–cv–198

    v.                               Judge Michael H. Watson

Michael J. Astrue,
Commissioner of Social Security,

    Defendant.

## ORDER

On October 31, 2012, United States Magistrate Judge Abel, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 95-2 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation concerning the disposition of Konni Fleming's ("Plaintiff") Complaint in this Social Security case. The Report and Recommendation recommended affirming the decision of the Commissioner of Social Security Administration and granting Defendant's motion for summary judgment.

The Report and Recommendation notified the parties of their right to file objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The Report and Recommendation further specifically advised the parties that the failure to object to the Report and Recommendation within fourteen days would result in a waiver of the right to de

novo review by the District Judge.  Report and Recommendation 16, ECF No. 17.  The deadline for filing such objections was November 19, 2012, and no objections were filed.

Having received no objections, the Report and Recommendation is **ADOPTED**.  Summary judgment is **GRANTED** for Defendants, and Plaintiff's Complaint, ECF No. 3, is **DISMISSED**.  The Clerk shall enter final judgment in this case.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**